**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|                                        |     |                                     |
|----------------------------------------|-----|-------------------------------------|
| ASHLEY TYSON,                          | :   |                                     |
|                                        | :   |                                     |
|                              Plaintiff, | :   | Civil Action No.: 4:13-cv-00118-JAR |
|                     v.                 | :   |                                     |
|                                        | :   |                                     |
| CONSUMER PORTFOLIO SERVICES, INC.,     | :   |                                     |
|                                        | :   |                                     |
|                            Defendant.  | :   |                                     |
|                                        | :   |                                     |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 22, 2013

Respectfully submitted,

PLAINTIFF, Ashley Tyson

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Missouri Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Troy A. Bozarth, Esq.
HEPLER BROOM LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102

Jeffrey D. Pilgrim, Esq.
Raechelle Delarmente Norman, Esq.
PILGRIM CHRISTAKIS LLP
53 W. Jackson Boulevard, Suite 1515
Chicago, IL 60604

By /s/ Sergei Lemberg
Sergei Lemberg