UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHLEY TYSON, | : |
| | : Civil Action No.: 4:13-cv-00118-JAR |
| Plaintiff, | : |
| v. | : |
| CONSUMER PORTFOLIO SERVICES, INC., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Consumer Portfolio Services, Inc. with prejudice and without costs to any party.

| Ashley Tyson | Consumer Portfolio Services, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Raechelle Delarmente Norman |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Troy A. Bozarth - 5209515<br>HEPLERBROOM LLC<br>211 North Broadway, Suite 2700<br>St. Louis, Missouri 63102<br>Telephone: (314) 241-6160<br>Fax: (314) 241-6116<br><br>Jeffrey D. Pilgrim<br>Raechelle Delarmente Norman<br>PILGRIM CHRISTAKIS LLP<br>53 W. Jackson Boulevard, Suite 1515 |

Chicago, Illinois 60604
Telephone: (312) 939-0953
Fax: (312) 939-0983
Attorney for Defendant

*/s/ John A. Ross*
SO ORDERED
11/21/2013